# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

DOUGLAS ROBERT GREEN,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civ. No. 8:24-cv-01159-SSC

Magistrate Judge Stephanie S. Christensen

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $9,000.00, as authorized by 28 U.S.C. §2412, and $405.00, to be paid separately from the Judgment Fund, be awarded subject to the terms of the Stipulation.

Dated: April 22, 2025

_____
Hon. Stephanie S. Christensen
United States Magistrate Judge

Page **1**